AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JERRY SELBACH,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:10-CV-00541-MMD-VPC**

J. PALMER, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** the petition for a writ of habeas corpus (#5) is denied in its entirety.
    **IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability.

  March 27, 2015                                           **LANCE S. WILSON**
                                                                             Clerk

                                                                             /s/ D. R. Morgan
                                                                            Deputy Clerk